Appeal   CA 02-290E
Partial Payment of filing fee

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

      # 00500432 — AM
         July 12, 2005

   Code   Case #   Qty    Amount

   APPEAL I 02-290e ca           3.57 CH


   TOTAL→                        3.57


   FROM: TERRY BENDER
```