Appeal Paid. Pay
CA-02-290E

```
       UNITED STATES
       DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

       #  00500472  -  AM  am
           August 8, 2005

   Code    Case #    Qty     Amount

   APPEAL I 02-290 E          23.85 CH

   TOTAL→                     23.85


   FROM: U.S. TREASURY
         AUSTIN, TEXAS
         TERRY BENDER
```