Appeal Part Pay CA 02-290E

```
       UNITED STATES
       DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

     # 00500513  -  AM
     September 9, 2005


   Code   Case #   Qty    Amount

   APPEAL I 02-290 E              24.05 CH


   TOTAL→                         24.05



   FROM: U.S. TREASURY
         TERRY BENDER
```