CA 02-290 E

appeal part pa[id]

receipt # 06-16

```
      UNITED STATES
       DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

      # 06000016 - SP
        October 11, 2005

   Code    Case #    Qty    Amount

   APPEAL I 02-290E
                            8.60 CH

         TOTAL →
                            8.60

   FROM: U.S. TREASURY FOR TERRY BENDER
```