CA 02-290 E
appeal part pay
receipt #06-124

```
     UNITED STATES
     DISTRICT COURT
  WESTERN DISTRICT OF PENNSYLVANIA
       ERIE Division

  # 06000124 - SP
  December 8, 2005

  Code   Case #   Qty      Amount

  APPEAL I 02-290E           9.01 CH


  TOTAL→              9.01


  FROM: U.S. TREASURY FOR TERRY BENDER
```